# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Consumer Financial Protection Bureau, | No. CV-24-03652-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Early Warning Services LLC, et al., | |
| Defendants. | |

Having considered Plaintiff Consumer Financial Protection Bureau's ("CFPB") and Defendants Early Warning Services, LLC, Bank of America, N.A., JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.'s (collectively, "Defendants") Stipulation re Plaintiff's Motion to Temporarily Seal Complaint (Doc. 5, the "Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** the Motion is granted as follows:

1. Plaintiff's unredacted Complaint, lodged with Plaintiff's Motion to Temporarily Seal Complaint (Doc. 6), shall be temporarily sealed;
2. Defendants shall have 14 days from the date of filing of this Order to file motions seeking to continue sealing the unredacted Complaint or portions thereof;
3. If any Defendant files a motion to continue sealing portions of the unredacted Complaint, Plaintiff shall have seven days to file a response, and the moving Defendant shall have seven days thereafter to file a reply.

Dated this 14th day of January, 2025.

Honorable Susan M. Brnovich
United States District Judge