**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Consumer Financial Protection Bureau,
Plaintiff,
v.
Early Warning Services LLC, et al.,
Defendants.

No. CV-24-03652-PHX-SMB

**ORDER**

Having considered Plaintiff Consumer Financial Protection Bureau's and Defendants Early Warning Services, LLC, Bank of America, N.A., JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.'s (collectively, "Defendants" and together with Plaintiff, the "Parties") Joint Motion to Set a Briefing Schedule and Authorize Filing of a Consolidated Motion to Dismiss (Doc. 24)

**IT IS HEREBY ORDERED** the Motion is granted as follows:

1. Defendants may file a joint motion to dismiss and a single memorandum in support up to **forty (40) pages**; each Defendant may file a supplemental brief up to five (5) pages to address arguments unique to that Defendant, if any.
2. Plaintiff may file a response to the joint motion to dismiss up to forty **(40) pages**; Plaintiff may file separate supplemental briefs up to five (5) pages in response to any individual Defendant's supplemental brief.
3. Defendants may file a reply in support of their joint motion to dismiss up to **twenty-five (25) pages**; each Defendant may file a reply in support of any

supplemental brief up to three (3) pages.

To permit adequate time for coordination on consolidated briefing, the briefing schedule shall be as follows:

| Filing | Deadline |
| --- | --- |
| Motion to Dismiss | April 21, 2025 |
| Response | June 20, 2025 |
| Reply | July 21, 2025 |

The Parties shall confer for prefiling purposes on or prior to **March 21, 2025.**

Dated this 21st day of January, 2025.

Honorable Susan M. Brnovich
United States District Judge