# Exhibit A

```
 1  Keith Beauchamp (012434)
    Andrew T. Fox (034581)
 2  COPPERSMITH BROCKELMAN PLC
    2800 N Central Avenue, Suite 1900
 3  Phoenix, AZ 85004
    Telephone: 602.381.5494
 4  kbeauchamp@cblawyers.com
    afox@cblawyers.com
 5
    Attorneys for Defendant Early Warning Services, LLC
 6
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Consumer Financial Protection Bureau, | Case No. 2:24-cv-03652-SMB |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF MARY-HELEN MCELFRESH IN SUPPORT OF DEFENDANTS' MOTION TO SEAL COMPLAINT** |
| Early Warning Services, LLC; Bank of America, N.A.; JPMorgan Chase Bank, N.A.; and Wells Fargo Bank, N.A., | |
| Defendants. | |

## **DECLARATION OF MARY-HELEN MCELFRESH**

I, Mary-Helen McElfresh, declare as follows:

1. I am over 18 years of age and have personal knowledge of the information in my declaration and, if called as a witness, I could and would testify competently. I submit this Declaration in Support of Defendants Early Warning Services ("EWS"), Bank of America, N.A. ("Bank of America"), JPMorgan Chase Bank, N.A. ("Chase"), and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "Defendants") Motion to Seal Complaint.

2. I am the Vice President, Fraud Risk Management for EWS, with responsibility for managing the Fraud Risk Management Department of EWS, which develops and implements fraud and scam detection and prevention practices.

3. I have over 32 years of fraud risk management experience at various financial institutions. My responsibilities have involved fraud prevention and mitigation controls, including fraud analytics, strategy, technology, and operations across various business lines.

4. Bank of America, Chase, Wells Fargo, and four other banks own EWS.

5. EWS operates a peer-to-peer payments network known as "Zelle" or the "Zelle Network." More than 2,200 financial institutions participate in the Zelle Network, including Bank of America, Chase, and Wells Fargo.

6. I am familiar with the operation of the Zelle Network, including confidential fraud and scam detection and prevention countermeasures implemented by EWS and the financial institutions that participate in the Zelle Network.

7. EWS and financial institution participants in the Zelle Network have developed and implemented extensive confidential countermeasures to detect and prevent fraud and scams. Both the practices and procedures for operating the Zelle Network and EWS and financial institutions' countermeasures have evolved in the years since the Zelle Network began to operate.

8. EWS and Zelle Network participants generally do not publicly disclose the details of the operation of the Zelle Network nor EWS and the financial institutions' fraud and scam-related practices, procedures, and countermeasures, in part because the information could be subject to exploitation by bad actors who are responsible for committing fraud and scams against consumers.

9. For example, if bad actors know the specific criteria the Zelle Network applies to identify and block potentially suspicious users from sending or receiving payments with Zelle, then bad actors can tailor their misconduct to avoid detection and restrictions.

10. The risks of exploitation by bad actors can arise from the disclosure of both current and historical practices. The risks also exist with the disclosure of both EWS's and the participating institutions' practices and their limits. Even fraud-prevention strategies that have been discontinued should not be disclosed to the public because certain elements of those strategies may still be in use today, and disclosure of elements of even discontinued fraud-

- 2 -

1  prevention strategies can provide insight that a bad actor could leverage to decipher and
2  circumvent current or future fraud detection and prevention strategies.
3  11. It is common for financial institutions to maintain the confidentiality of potential fraud and
4  scam countermeasures. Regulators and law enforcement often encourage financial institutions
5  to keep this information confidential, and in some instances, require it.
6  12. EWS takes steps to maintain the confidentiality of Zelle Network and financial institution
7  fraud and scam countermeasures. This includes confidentiality provisions in rules that govern
8  the Zelle Network that are agreed to by all participating financial institutions.
9  13. The portions of the Complaint identified in Exhibit B to the Motion to Seal Complaint contain
10  confidential business information that, if disclosed, could be exploited by bad actors seeking
11  to evade the Zelle Network's fraud and scam countermeasures and those of the thousands of
12  financial institutions that participate in the Zelle Network, including Bank of America, Chase,
13  and Wells Fargo.
14      I declare under penalty of perjury that the foregoing is true and correct to the best of my
15  knowledge and belief. Executed this 28th day of January 2025.

*Signed by:* Mary Helen McElfresh
8313226657E5498...

Mary-Helen McElfresh

- 3 -