# EXHIBIT B

# [Lodged Under Seal]