IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>vs.<br><br>Early Warning Services, LLC; Bank of America, N.A.; JPMorgan Chase Bank, N.A.; and Wells Fargo Bank, N.A.,<br><br>Defendants. | NO. 2:24-cv-03652-SMB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL COMPLAINT** |

Having considered Defendants Early Warning Services, LLC, Bank of America, N.A., JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.'s (collectively, "Defendants") Motion to Seal Complaint, and good cause appearing,

**IT IS HEREBY ORDERED granting** Defendants' Motion to Seal Complaint.

**IT IS FURTHER ORDERED** directing Plaintiff Consumer Financial Protection Bureau ("CFPB") to file an updated redacted version of the Complaint within 14 days that redacts only those portions of the Complaint identified for sealing in Exhibit B to Defendants' Motion to Seal Complaint.