Stephen Jacques (DC Bar # 464413)
1700 G Street, NW
Washington, DC 20552
stephen.jacques@cfpb.gov, (202) 435-7368

*Attorney for Plaintiff,*
*Consumer Financial Protection Bureau*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> Early Warning Services, LLC, *et al.*, <br><br> Defendant. | No. 2:24-cv-03652-SMB <br><br> **Plaintiff Consumer Financial Protection Bureau's Notice of Dismissal** |

### Plaintiff's Notice of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses this action against Defendants Early Warning Services, LLC, Bank of America, N.A., JPMorgan Chase Bank, N.A., and Wells Fargo Bank, N.A., with prejudice.

Dated: March 4, 2025

Respectfully submitted,

Mark Paoletta
*Chief Legal Officer*

Daniel Shapiro
*Deputy Chief Legal Officer*

Cara Petersen
*Principal Deputy Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

Michael Favretto
*Assistant Deputy Enforcement Director*

<u>/s/ Stephen Jacques</u>

Attorneys for Plaintiff,
CONSUMER FINANCIAL
PROTECTION BUREAU

Stephen Jacques (DC Bar # 464413)
stephen.jacques@cfpb.gov, (202) 435-7368