**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Consumer Financial Protection Bureau, | No. CV-24-03652-PHX-SMB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Early Warning Services LLC, et al., | |
| Defendants. | |

Pursuant to Consumer Financial Protection Bureau's Notice of Dismissal (Doc. 39),

**IT IS ORDERED** dismissing this case with prejudice.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

Dated this 5th day of March, 2025.

Honorable Susan M. Brnovich
United States District Judge